ORIGINAL

FILED

2008 APR 10

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____KMH_____ DEPUTY

MICHAEL S. TRACY (Bar No. 101456)
JILLIAN L. PROCTOR (Bar No. 246989)
**DLA PIPER US LLP**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701
mike.tracy@dlapiper.com
jillian.proctor@dlapiper.com

Attorneys for Defendant
EPITOME PHARMACEUTICALS LIMITED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REID JILEK, an individual,<br><br>                Plaintiff,<br><br>        v.<br><br>EPITOME PHARMACEUTICALS LIMITED, a Nova Scotia limited corporation, and DOES 1 to 100, inclusive,<br><br>                Defendant. | CV NO. '08 CV 0658 IEG WMc<br><br>**DEFENDANT'S DEMAND FOR JURY TRIAL**<br>[Fed. Rule Civ. Proc. 81 (c)]<br><br>**DEMAND FOR JURY TRIAL** |

        Defendant EPITOME PHARMACEUTICALS LIMITED hereby demands a jury trial of any issue herein triable of right by a jury.

Dated:  April 10, 2008

                        DLA PIPER US LLP


                        By _____
                          MICHAEL S. TRACY
                          JILLIAN L. PROCTOR
                          Attorneys for Defendant
                          EPITOME PHARMACEUTICALS LIMITED