ORIGINAL

FILED
2008 APR 10
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___KNH___ DEPUTY

1  MICHAEL S. TRACY (Bar No. 101456)
   JILLIAN L. PROCTOR (Bar No. 246989)
2  DLA PIPER US LLP
   401 B Street, Suite 1700
3  San Diego, CA 92101-4297
   Tel: 619.699.2700
4  Fax: 619.699.2701
   mike.tracy@dlapiper.com
5  jillian.proctor@dlapiper.com

6  Attorneys for Defendant
   EPITOME PHARMACEUTICALS LIMITED
7

8             UNITED STATES DISTRICT COURT
9             SOUTHERN DISTRICT OF CALIFORNIA

10
11  REID JILEK,                          CV NO. '08 CV 0658 IEG WMc

12         Plaintiff,                    EPITOME PHARMACEUTICALS
                                         LIMITED'S NOTICE OF PARTY WITH
13     v.                                FINANCIAL INTEREST

14  EPITOME PHARMACEUTICALS              Complaint:   February 29, 2008
    LIMITED, a Nova Scotia limited corporation,
15  and DOES 1 to 100, inclusive,

16         Defendant.

1  Pursuant to Federal Rule of Civil Procedure 7.1(a) and local rule 40.2, Defendant Epitome
2  Pharmaceuticals Limited ("Epitome") hereby certifies that Epitome has no parent corporation and
3  no publicly held corporation owns 10% or more of Epitome's stock.
4
5  Dated: April 10, 2008
6                                              DLA PIPER US LLP
7
8                                              By _____
                                                  MICHAEL S. TRACY
9                                                 JILLIAN L. PROCTOR
                                                  Attorneys for Defendant
10                                                EPITOME PHARMACEUTICALS LIMITED