MICHAEL S. TRACY (Bar No. 101456)
JILLIAN L. PROCTOR (Bar No. 246989)
**DLA PIPER US LLP**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701
mike.tracy@dlapiper.com
jillian.proctor@dlapiper.com

Attorneys for Defendant
EPITOME PHARMACEUTICALS LIMITED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REID JILEK, an individual,<br><br>              Plaintiffs,<br><br>       v.<br><br>EPITOME PHARMACEUTICALS<br>LIMITED, a Nova Scotia limited corporation,<br>and DOES 1 to 100, inclusive,<br><br>              Defendants. | Case No. 08cv0658-IEG-WMc<br><br>**NOTICE OF APPEARANCE<br>OF MICHAEL S. TRACY** |

NOW COMES Michael S. Tracy and hereby enters his appearance on behalf of the

Defendant Epitome Pharmaceuticals Limited, a Nova Scotia limited corporation, and in the

above-entitled case.

Dated: April 18, 2008

By  s/Michael S. Tracy
MICHAEL S. TRACY
JILLIAN L. PROCTOR
DLA PIPER US LLP
Attorneys for Defendant
EPITOME PHARMACEUTICALS LIMITED

DLA PIPER US LLP
SAN DIEGO

SD\1815769.1
368098-1

CASE NO. 08 CV 0658 IEG WMc
NOTICE OF APPEARANCE BY MICHAEL S. TRACY