| | |
|---|---|
| 1 | MICHAEL S. TRACY (Bar No. 101456) |
| | JILLIAN L. PROCTOR (Bar No. 246989) |
| 2 | **DLA PIPER US LLP** |
| | 401 B Street, Suite 1700 |
| 3 | San Diego, CA  92101-4297 |
| | Tel:  619.699.2700 |
| 4 | Fax:  619.699.2701 |
| | mike.tracy@dlapiper.com |
| 5 | jillian.proctor@dlapiper.com |
| 6 | Attorneys for Defendant |
| | EPITOME PHARMACEUTICALS LIMITED |
| 7 | |

8  UNITED STATES DISTRICT COURT

9  SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | REID JILEK, an individual, | CV NO.  08cv0658-IEG-WMc |
| 12 | Plaintiff, | **CERTIFICATE OF SERVICE** |
| 13 | v. | **Person(s) Served:** |
| | | Richard R. Waite, Esq. |
| 14 | EPITOME PHARMACEUTICALS | Mary M. Best, Esq. |
| | LIMITED, a Nova Scotia limited | |
| 15 | corporation, and DOES 1 to 100, inclusive, | **Date Served:** |
| | | April 18, 2008 |
| 16 | Defendant. | |

DLA PIPER US LLP
SAN DIEGO

SD\1815781.1
368098-1

CASE NO. 08 CV 0658 IEG WMc
CERTIFICATE OF SERVICE

|    |    |
|----|----|
| 1  | I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents: |
| 2  |  |
| 3  | **NOTICE OF APPEARANCE OF MICHAEL S. TRACY** |
| 4  | in the following manner: (check one) |
| 5  | ☐ by transmitting via e-filing the document(s) listed above to the Case Management/ Electronic Case filing system, such document(s) will be served to the addressee(s) specified below *as indicated below*. |
| 6  |  |
| 7  | ☐ by transmitting the documents listed above electronically, *by written agreement of counsel, as indicated below*. |
| 8  |  |
| 9  | ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) specified below on this date before 5:00 p.m. |
| 10 | ☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below. |
| 11 |  |
| 12 | ☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, and deposited with UPS Overnight at San Diego, California to the addressee(s) specified below. |
| 13 |  |
| 14 | ☐ by personally delivering the document(s) listed above to the person(s) via Central Attorney Service at the address(es) set forth below. |
| 15 |  |
| 16 | *Attorneys for Plaintiffs:* |
| 17 | Richard R. Waite, Esq.<br>Mary M. Best, Esq.<br>Keeney Waite & Stevens<br>125 N Acacia Ave  Ste 101<br>Solana Beach CA 92075<br>Tel: 858-523-2130<br>Fax: 858-523-2135 |
| 18 |  |
| 19 |  |
| 20 |  |
| 21 | Executed on April 18, 2008, at San Diego, California. |
| 22 |  |
| 23 |  |
| 24 | _____<br>Eloy Rodriguez |
| 25 |  |
| 26 |  |
| 27 |  |
| 28 |  |

DLA PIPER US LLP
SAN DIEGO

SD\1815781.1
368098-1

-1-

CASE NO. 08 CV 0658 IEG WMc
CERTIFICATE OF SERVICE

# Notices

3:08-cv-00658-IEG-WMC Jilek v. Epitome Pharmaceuticals Limited et al

## U.S. District Court

### Southern District of California

### Notice of Electronic Filing

The following transaction was entered by Tracy, Michael on 4/18/2008 at 11:49 AM PDT and filed on 4/18/2008
**Case Name:** Jilek v. Epitome Pharmaceuticals Limited et al
**Case Number:** 3:08-cv-658
**Filer:** Epitome Pharmaceuticals Limited
**Document Number:** 5

**Docket Text:**
**NOTICE of Appearance by Michael Sean Tracy on behalf of Epitome Pharmaceuticals Limited (Tracy, Michael)**

**3:08-cv-658 Notice has been electronically mailed to:**

Jillian Lee Proctor     jillian.proctor@dlapiper.com

Michael Sean Tracy     mike.tracy@dlapiper.com, eloy.rodriguez@dlapiper.com

**3:08-cv-658 Notice has been delivered by other means to:**

Mary M Best
Keeney Waite & Stevens
125 North Acacia Avenue
Suite 101
Solana Beach, CA 92075

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=4/18/2008] [FileNumber=2545703-0
] [0334569546058d5d6c0b73abf048e6913030720c75118fb38935732b65cc3b6dbcf
252a434fdc404837fd404d52afecb3a18d12d927a18c95a2cc4d88fb36805]]