RICHARD R. WAITE (SBN 97942)
MARY M. BEST (SBN 110220)
**KEENEY WAITE & STEVENS**
A Professional Corporation
125 North Acacia Avenue, Suite 101
Solana Beach, CA  92075
Telephone:    (858) 523-2130
Facsimile:    (858) 523-2135

Attorneys for Plaintiff REID JILEK

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REID JILEK, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EPITOME PHARMACEUTICALS LIMITED, a Nova Scotia limited corporation,<br><br>　　　　Defendant. | Case No. 08 CV 0658 IEG WMc<br><br>**DEMAND FOR JURY TRIAL** |

　　　Plaintiff Reid Jilek, hereby demands trial by jury in this action.

Dated:    April 22, 2008

　　　　　　　　　　　　　　　　　**KEENEY WAITE & STEVENS**
　　　　　　　　　　　　　　　　　A Professional Corporation


　　　　　　　　　　　　　　　　　By:    s/Richard R. Waite
　　　　　　　　　　　　　　　　　　　　Richard R. Waite
　　　　　　　　　　　　　　　　　　　　Mary M. Best
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　REID JILEK

1

Reid Jilek v. Epitome Pharmaceuticals Limited
United States District Court, Southern District of California Case No. 08 CV 0658 IEG WMc

## PROOF OF SERVICE

[CCP 1013A (3) and 2015.5]

I am employed in the City of Solana Beach, County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 125 North Acacia Avenue, Suite 101, Solana Beach, California, 92075.

On April 22, 2008, I caused to be served the attached:

1. DEMAND FOR JURY TRIAL.

☒ [BY FACSIMILE] The document stated herein was transmitted by facsimile transmission and the transmission was reported as complete and without error. A transmission report was properly issued by the transmitting facsimile machine and a copy of said transmission report is attached to the original proof of service indicating the time of transmission.

Michael S. Tracy
Jillian L. Proctor
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
(619) 699-2700  Telephone
(619) 699-2701  Facsimile
Attorneys for Defendant

I declare under penalty of perjury under the laws of the State of California, that the above is true and correct.

Executed on April 22, 2008, at Solana Beach, California.

_____
Sharon Strong

CASE NO. 08 CV 0658 IEG WMc
PROOF OF SERVICE

```
WorkCentre 7132
Transmission Report
```

G3 ID                                                           Date/Time:04/22/2008;10:16AM
                                                                         Page:1 (Last Page)

Local Name
Logo

Document has been sent.
Document Size 8.5X11"SEF

**KEENEY WAITE & STEVENS**
A PROFESSIONAL LAW CORPORATION
THE KARMA BUILDING
125 NORTH ACACIA AVENUE, SUITE 101
SOLANA BEACH, CA 92075
TELEPHONE: (858) 523-2130 FACSIMILE: (858) 523-2135
www.keenlaw.com

SAN DIEGO OFFICE
402 WEST BROADWAY, SUITE 1820
SAN DIEGO, CA 92101
TELEPHONE (619) 236-1081
FACSIMILE (619) 231-1897

**FACSIMILE TRANSMITTAL SHEET**
CONFIDENTIAL

| TO: | FROM: |
|---|---|
| Michael S. Tracy | Richard R. Waite (rwaite@keenlaw.com) |
| Jillian L. Proctor | |
| **COMPANY:** | **SENDER'S DIRECT DIAL:** |
| DLA PIPER US LLP | (858) 523-2133 |
| **FAX NUMBER:** | **SENDER'S FAX NO.:** |
| (619) 699-2701 | (858) 523-2135 |
| **PHONE NUMBER:** | **DATE:** |
| (619) 699-2700 | April 22, 2008 |
| **RE:** REID JILEK V. EPITOME PHARMACEUTICALS LIMITED | **CLIENT REFERENCE NUMBER:** |

ITEMS TRANSMITTED: DEMAND FOR JURY TRIAL

TOTAL NO. OF PAGES INCLUDING COVER: 3

If you do not receive all of the pages, please call Sharon Strong at (858) 523-2130 between 8:30 a.m. and 5:00 p.m. (Pacific Time).

NOTES:

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

```
Total Pages Scanned:  3     Total Pages Sent  :  3
No.  Doc.   Remote Station      Start Time    Duration  Pages  Mode    Contents         Status

 1   8827  DLA Piper            4-22;10:14AM   1m29s    3/ 3   ECM                      CP

Note:
RE: Resend         MB: Send to Mailbox    BC: Broadcast     MP: Multi Polling    RV: Remote Service
PG: Polling        RB: Relay Broadcast    RS: Relay Send    BF: Box Fax Forward  CP: Completed
SA: Send Again     EN: Engaged            AS: Auto Send     TM: Terminated
```