# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REID JILEK,<br><br>          Plaintiff,<br>vs.<br><br>EPITOME PHARMACEUTICALS LTD.,,<br><br>          Defendant. | CASE NO. 08cv658-IEG (WMc)<br><br>ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE |

   On May 21, 2008, the Court convened an Early Neutral Evaluation Conference in the above entitled action. Appearing for Plaintiff were Mary Best, Esq. and Rick Waite, Esq. Appearing for Defendant were Michael Tracy, Esq. and Jillian Proctor, Esq. Plaintiff Jilek also participated.

   Settlement could not be reached in the case at this time.

   The Court discussed compliance with Fed. R. Civ. P. 26 and based thereon, issues the following orders:

   1.  The Rule 26(f) conference shall be completed before *June 13, 2008*;

   2.  A joint discovery plan shall be lodged with Magistrate Judge McCurine, Jr. on or before *June 23, 2008.* Regarding each witness, the discovery plan will include the name, most current address, most current phone number, and a brief description of the subject matter of his/her testimony. The discovery plan will also include the

anticipated dates for the completion of both non-expert discovery and expert discovery; and,

3. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before *June 27, 2008*;

4. **COUNSEL AND PARTIES WITH FULL SETTLEMENT AUTHORITY ARE ORDERED TO APPEAR** ON <u>*JULY 23, 2008* **AT** *9:30 A.M.*</u> in the chambers of United States Magistrate Judge William McCurine, Jr., 940 Front Street, Courtroom C, San Diego, California, 92101, for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b). <u>**Full authority to settle means that the individual present at the settlement conference has the unfettered discretion and authority to: 1) fully explore settlement options and to agree at that time to any settlement options; 2) agree at that time to any settlement terms acceptable to the parties; 3) change the settlement position of a party; and 4) negotiate monetary awards without being restricted to a specific sum certain**</u>.

Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

IT IS SO ORDERED.

DATED:  May 21, 2008

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court