RICHARD R. WAITE (SBN 97942)
MARY M. BEST (SBN 110220)
**KEENEY WAITE & STEVENS**
A Professional Corporation
125 North Acacia Avenue, Suite 101
Solana Beach, CA 92075
Telephone: (858) 523-2130
Facsimile: (858) 523-2135

Attorneys for Plaintiff REID JILEK

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REID JILEK, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>EPITOME PHARMACEUTICALS LIMITED, a Nova Scotia limited corporation,<br><br>    Defendant. | Case No. 08 CV 0658 IEG WMc<br><br>**BEST DECLARATION IN SUPPORT OF MOTION TO DISQUALIFY DEFENDANT'S ATTORNEYS**<br><br>Date: July 14, 2008<br>Time: 10:30 a.m.<br>Courtroom: #1, 4th Floor<br>Hon. Irma Gonzalez<br>Trial: None Set |

I, MARY M. BEST, declare as follows:

1. I am an attorney at the law firm of KEENEY WAITE & STEVENS, attorneys for the Plaintiff REID JILEK in this matter. I make this declaration from my own personal knowledge and if called upon I would competently swear to the facts contained herein.

2. On May 2, 2008, I learned that JILEK had previously consulted with Matt Kirmayer, formerly of Gray, Cary, Ware & Freidenrich, LLP, in San Diego, regarding his contract with EPITOME. As soon as I learned of those facts, I wrote to EPITOME'S counsel and asked that they voluntarily remove themselves from the case as JILEK had not consented to any waiver of the conflict of interest. A true and correct copy of that correspondence is attached hereto as Exhibit 1.

1

3. On May 19, 2008, EPITOME'S counsel sent me the letter attached hereto as Exhibit 2 in which it declined to remove itself from this matter but did not disclose why.

4. KEENEY WAITE & STEVENS and JILEK are anxious to move this litigation forward. This motion is not brought in bad faith; it is not brought to delay the resolution of this matter or to cause further expense to EPITOME. However, since counsel for EPITOME responded with no facts as to why they would not voluntarily remove themselves from this matter, this motion was necessary.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: 5-28-08

*Mary Best*
Mary M. Best
KEENEY WAITE & STEVENS
Attorneys for JILEK

**KEENEY WAITE & STEVENS**
A PROFESSIONAL LAW CORPORATION
THE KARMA BUILDING
125 NORTH ACACIA AVENUE, SUITE 101
SOLANA BEACH, CA 92075
TELEPHONE: (858) 523-2130   FACSIMILE: (858) 523-2135

www.keenlaw.com

WRITER'S E-MAIL
MBEST@KEENLAW.COM

WRITER'S DIRECT DIAL NUMBER
(858) 523-2132

SAN DIEGO OFFICE
402 WEST BROADWAY, SUITE 1820
SAN DIEGO, CA 92101-3545
TELEPHONE (619) 238-1661
FACSIMILE (619) 231-1897

May 5, 2008

VIA ELECTRONIC MAIL ONLY

Michael S. Tracy
Jillian L. Proctor
DLA Piper US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297

mike.tracy@dlapiper.com
jillian.proctor@dlapiper.com

    Re:    Jilek vs. Epitome Pharmaceuticals, Ltd

Dear Counsel:

    In meeting with my client, Reid Jilek, last week, I discovered that in spring of 1999 he sought the advice of Gray, Cary, Ware and Friedenrich regarding his contract for royalties with Epitome. He met with attorney Matt Kirmayer and an associate of his; his Epitome contract was reviewed, and he sought and received advice as to whether he was entitled to contact various European pharmaceutical companies in order to determine who had formed licensing agreements with Epitome. As you know, Gray Cary is the predecessor law firm to DLA Piper USA LLP.

    Attached hereto is a copy of a proposed letter which Jilek prepared which Gray, Cary also reviewed for Jilek. Mr. Jilek sought and received legal advice from Gray Cary as to the validity of his Epitome contract and his legal exposure *vis-a-vis* the attached letter. The attorney's duty of confidentiality extends to potential clients seeking the attorney's assistance with a view toward employing him professionally, even if no employment results. Cal. State Bar Form. Opns. 1984-84, 2003-161

    Based upon this information, I would ask that your firm voluntarily disqualify itself without the necessity of a motion to disqualify. There is certainly no doubt that the court would determine that there not only is a "substantial relationship" between the former and current subject matter but that it is indeed the same subject matter. *See, Flatt v. Superior Court (Daniel)* (1994) 9 Cal. 4th 275, 283; *City and County of San Francisco v. Cobra Solutions, Inc.* (2006) 38 Cal. 4th 839, 846-847. When the attorney's former and current representation involves the work the lawyer performed for the former client, it will always be that the exchange of confidences

Exhibit 1   Page 3

**KEENEY WAITE & STEVENS**
A PROFESSIONAL LAW CORPORATION

Tracy/Proctor
Re: Jilek vs. Epitome Pharmaceuticals, Ltd.
May 5, 2008
Page 2

must be presumed. *City National Bank v. Adams* (2002) 96 Cal. App. 4th 315, 328; *American Airlines, Inc. v. Sheppard, Mullin, Richter & Hampton* (2002) 96 Cal. App. 4th 1017, 1038.

      Please let me know your decision as soon as possible. It would be my intent to file such a motion, if necessary, immediately after the Early Neutral Evaluation Conference in this matter; however, my preference would be a voluntary withdrawal of your firm.

Very Truly Yours,

KEENEY WAITE & STEVENS

*Mary M. Best*

MARY M. BEST

MMB/ss

Enclosure

cc: Client

Exhibit 1  Page 4



DLA Piper US LLP
401 B Street, Suite 1700
San Diego, California 92101-4297
www.dlapiper.com

Jill Proctor
jillian.proctor@dlapiper.com
T  619.699.2721
F  619.699.2701

May 19, 2008
VIA E-MAIL AND U.S. MAIL MBEST@KEENLAW.COM

OUR FILE NO. 368098-1

Mary M. Best, Esq.
Keeney Waite & Stevens
125 North Acacia Avenue, Ste. 101
Solana Beach, CA 92075

Re:   Jilek v. Epitome Pharmaceuticals, Ltd.

Dear Ms. Best:

I write in further response to your letter dated May 5, 2008. We have investigated Mr. Jilek's allegations that DLA Piper US LLP ("DLA Piper") has a conflict of interest in this matter and have determined that to our knowledge, there is no basis to his allegations. Therefore, DLA Piper will not voluntarily disqualify itself from representing Epitome Pharmaceuticals in this matter.

Please do not hesitate to contact me with any questions.

Very truly yours,

DLA Piper US LLP

Jill Proctor
Associate

WEST\21404079.1

Exhibit 2  Page 5