1  RICHARD R. WAITE (SBN 97942)
   MARY M. BEST (SBN 110220)
2  **KEENEY WAITE & STEVENS**
   A Professional Corporation
3  125 North Acacia Avenue, Suite 101
   Solana Beach, CA 92075
4  Telephone:    (858) 523-2130
   Facsimile:    (858) 523-2135
5
   Attorneys for Plaintiff REID JILEK
6

7

8
                    **UNITED STATES DISTRICT COURT**
9
                  **SOUTHERN DISTRICT OF CALIFORNIA**
10
   REID JILEK, an individual,          )    Case No. 08 CV 0658 IEG WMc
11                                      )
                 Plaintiff,             )
12                                      )    **PROOF OF SERVICE VIA ECF**
   v.                                   )
13                                      )    [Fed.R.Civ.P. 6(e)]
   EPITOME PHARMACEUTICALS             )
14 LIMITED, a Nova Scotia limited       )
   corporation,                         )
15                                      )
                 Defendant.             )
16                                      )
                                        )
17 _____ )

18

19 STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

20        I am employed in the County of San Diego, State of California. I am over the age of 18 and

21 not a party to the within action; my business address is 125 North Acacia Avenue, Suite 101, Solana

22 Beach, California 92075.

23        On this date, I served the following document(s) described as: (1) PLAINTIFF'S MOTION

24 TO DISQUALIFY DEFENDANT'S ATTORNEYS; (2) REID JILEK'S MEMORANDUM OF

25 POINTS AND AUTHORITIES IN SUPPORT OF HIS MOTION TO DISQUALIFY

26 DEFENDANT'S ATTORNEYS; (3) BEST DECLARATION IN SUPPORT OF MOTION TO

27 DISQUALIFY DEFENDANT'S ATTORNEYS; AND (4) JILEK DECLARATION IN SUPPORT

28 OF MOTION TO DISQUALIFY DEFENDANT'S ATTORNEYS on all parties in this action:

                                        1

Michael S. Tracy
Jillian L. Proctor
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
(619) 699-2700 Telephone
(619) 699-2701 Facsimile
mike.tracy@dlapiper.com
jillian.proctor@dlapiper.com
Attorneys for Defendant

        X   **BY ELECTRONIC SERVICE TRANSMISSION** via United States District Court,

Southern District of California, Case Management/Electronic Case Files, Filing System. I served a

copy of the above listed document(s) to the e-mail addresses of the addressee(s) by use of email as

identified and maintained therein.


AND/OR BY:

    _____ placing    _____ the original    _____ a true copy

thereof enclosed in a sealed envelope addressed as stated above.


        _____ **BY MAIL**: I am readily familiar with the firm's practice of collection and processing

correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service

on the same day with postage thereon fully prepaid, mailed at Solana Beach, California, in the

ordinary course of business. I am aware that on motion of the party served, service is presumed

invalid if postal cancellation date or postage meter date is more than one day after date of deposit for

mailing in affidavit.


        _____ **BY FACSIMILE TRANSMISSION**: From FAX No. (858) 523-2135 to the

facsimile numbers listed above on the mailing list. The facsimile machine I used complied with

Rule 6(e), and no error was reported by the machine.

2

1      _____ **STATE:**  I declare under penalty of perjury, under the laws of the State of California,

2  that the foregoing is true and correct.

3

4      X  **FEDERAL:**  I declare that I am employed in the office of a member of the Bar of this

5  Court, at whose direction this service was made.

6

7      **EXECUTED** on May 28, 2008, at Solana Beach, California.

8

9

10                                              Sharon Strong

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28