# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REID JILEK,<br><br>                         Plaintiff,<br>    vs.<br>EPITOME PHARMACEUTICALS, LTD.,<br><br>                        Defendant. | CASE NO. 08cv658-IEG (WMc)<br><br>ORDER |

    A hearing has been scheduled on Plaintiff's Motion to Disqualify Defendant's Counsel before Judge Gonzalez on July 14, 2008. Therefore, the Court's order requiring exchange of initial disclosures and the submission of a joint discovery plan is **stayed**. [Docket No. 9.] Furthermore, the Case Management Conference currently scheduled for July 23, 2008, at 9:30 a.m. will be converted to a telephonic status conference. **<u>Counsel for Plaintiff is instructed to initiate the call by first telephoning opposing counsel and then telephoning the Court at 619-557-6624.</u>**

    IT IS SO ORDERED.

DATED: June 18, 2008

                                                               _/s/ W. McCurine Jr._<br>
                                                               Hon. William McCurine, Jr.<br>
                                                               U.S. Magistrate Judge<br>
                                                               United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28