AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Southern District of California

REID JILEK, an individual,

Plaintiff(s),

V.

EPITOME PHARMACEUTICALS LIMITED, a Nova Scotia limited corporation and DOES 1 to 100, inclusive,

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 08cv0658-IEG-WMc

Notice is hereby given that, subject to approval by the court, Epitome Pharmaceuticals Limited substitutes
(Party (s) Name)

Stephen L. Schreiner _____, State Bar No. 112802 as counsel of record in
(Name of New Attorney)

place of Michael S. Tracy and Jillian L. Proctor.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:      Solomon Ward Seidenwurm & Smith LLP
Address:        401 B Street, Ste. 1200, San Diego, CA 92101
Telephone:      619.231.0303                     Facsimile 619.231.4755
E-Mail (Optional):  sschreiner@swsslaw.com

I consent to the above substitution.                 Epitome Pharmaceuticals Limited
Date:   June 25, 2008
                                                    (Signature of Party (s))
                                                    Paul Wegener

I consent to being substituted.                      Michael S. Tracy
Date:   June 25, 2008
                                                    (Signature of Former Attorney (s))
                                                    Jillian L. Proctor

I consent to the above substitution.
Date:   June 26, 2008
                                                    (Signature of New Attorney)
                                                    Stephen L. Schreiner

The substitution of attorney is hereby approved and so ORDERED.

Date:   June    , 2008
                                                    _____
                                                                Judge
                                                    Irma E. Gonzalez

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com

# UNITED STATES DISTRICT COURT

## Southern District of California

REID JILEK, an individual,

                    Plaintiff (s),

V.

EPITOME PHARMACEUTICALS LIMITED, a Nova Scotia limited corporation and DOES 1 to 100, inclusive,

                    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 08cv0658-IEG-WMc

Notice is hereby given that, subject to approval by the court, **Epitome Pharmaceuticals Limited** substitutes
(Party (s) Name)

**Stephen L. Schreiner**, State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of **Michael S. Tracy and Jillian L. Proctor.**
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Solomon Ward Seidenwurm & Smith LLP |
| Address: | 401 B Street, Ste. 1200, San Diego, CA 92101 |
| Telephone: | 619.231.0303     Facsimile 619.231.4755 |
| E-Mail (Optional): | sschreiner@swsslaw.com |

I consent to the above substitution.

Date: June 11, 2008

                                      Epitome Pharmaceuticals Limited

                                      (Signature of Party (s))
                                    Paul Wegener

I consent to being substituted.

Date: June 11, 2008

                                      Michael S. Tracy
                                      (Signature of Former Attorney (s))
                                      Jillian L. Proctor

I consent to the above substitution.
Date: June 11, 2008

                                      (Signature of New Attorney)
                                      Stephen L. Schreiner

The substitution of attorney is hereby approved and so ORDERED.

Date: June ____, 2008

                                      Judge
                                      Irma E. Gonzalez

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

American LegalNet, Inc.
www.FormsWorkflow.com