1  MICHAEL S. TRACY (Bar No. 101456)
   JILLIAN L. PROCTOR (Bar No. 246989)
2  DLA PIPER US LLP
   401 B Street, Suite 1700
3  San Diego, CA  92101-4297
   Tel:  619.699.2700
4  Fax:  619.699.2701
   mike.tracy@dlapiper.com
5  jillian.proctor@dlapiper.com

6  Attorneys for Defendant
   EPITOME PHARMACEUTICALS LIMITED
7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 REID JILEK,                          CV NO.

12         Plaintiff,                   **PROOF OF SERVICE**

13     v.                               Complaint:   February 29, 2008

14 EPITOME PHARMACEUTICALS
   LIMITED, a Nova Scotia limited corporation,
15 and DOES 1 to 100, inclusive,

16         Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper US LLP, 401 B Street, Suite 1700, San Diego, California 92101-4297. On June 26, 2008, I served the within document(s):

CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

☒ by transmitting via e-filing the document(s) listed above to the Case Management/ Electronic Case filing system.

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Richard R. Waite
Mary M. Best
Keeney Waite & Stevens
A Professional Corporation
125 North Acacia Avenue, Suite 101
Solana Beach, CA 92075
Telephone:    858.523.2130
Facsimile:    858.523.2135

Stephen L. Schreiner
Solomon Ward Seidenwurm & Smith LLP
401 B Street, Suite 1200
San Diego, CA 92101
Telephone:    619.231.0303
Facsimile:    619.231.4755

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 26, 2008, at San Diego, California.

**s/Jillian L. Proctor**
Attorney for Defendant
E-mail: jillian.proctor@dlapiper.com