☐AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

### Southern District of California

REID JILEK, an individual,

                  Plaintiff (s),

V.

EPITOME PHARMACEUTICALS LIMITED, a Nova Scotia limited corporation and DOES 1 to 100, inclusive,

                  Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 08cv0658-IEG-WMc

FILED
2008 JUN 30 PM 2: 50

Notice is hereby given that, subject to approval by the court, __Epitome Pharmaceuticals Limited__ substitutes
                                                                                              (Party (s) Name)

__Stephen L. Schreiner__, State Bar No. __112802__ as counsel of record in
(Name of New Attorney)

place of __Michael S. Tracy and Jillian L. Proctor.__
                               (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:        Solomon Ward Seidenwurm & Smith LLP
    Address:            401 B Street, Ste. 1200, San Diego, CA 92101
    Telephone:        619.231.0303              Facsimile 619.231.4755
    E-Mail (Optional):   sschreiner@swsslaw.com

I consent to the above substitution.

Date: June 25, 2008

I consent to being substituted.

Date: June 11, 2008

I consent to the above substitution.
Date: June 26, 2008

Epitome Pharmaceuticals Limited

s/
(Signature of Party (s))
Paul Wegener

s/
Michael S. Tracy
s/
(Signature of Former Attorney (s))
Jillian L. Proctor

s/
(Signature of New Attorney)
Stephen L. Schreiner

The substitution of attorney is hereby approved and so ORDERED.

Date: June 30, 2008

_____
Judge
Irma E. Gonzalez

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

American LegalNet, Inc.
www.FormsWorkflow.com