# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REID JILEK,<br><br>　　　　　　　　　　　Plaintiff,<br>vs.<br><br>EPITOME PHARMACEUTICALS LIMITED,<br><br>　　　　　　　　　　　Defendant. | CASE NO. 08CV0658 IEG (WMc)<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO DISQUALIFY DEFENDANT'S ATTORNEYS**<br><br>(Doc. No. 11.) |

On June 30, 2008, the Court granted the parties' joint motion to substitute Stephen Schreiner of Solomon Ward Seidenwurm & Smith LLP for Michael S. Tracy and Jillian L. Proctor of DLA Piper as counsel for defendant in this case. (Doc. No. 14.) This substitution of counsel moots plaintiff's motion to disqualify DLA Piper. Accordingly, the Court hereby DENIES the motion as moot.

**IT IS SO ORDERED.**

DATED: July 2, 2008

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**IRMA E. GONZALEZ, Chief Judge
　　　　　　　　　　　　　　　　　　　　　　　United States District Court**