1  Stephen L. Schreiner [SBN 169749]
   SOLOMON WARD SEIDENWURM & SMITH LLP
2  401 B Street, Suite 1200
   San Diego, California 92101
3  Telephone:  (619) 231-0303
   Facsimile:  (619) 231-4755
4  E-mail:     sschreiner@swsslaw.com

5  Attorneys for Defendant
   EPITOME PHARMACEUTICALS, LTD

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REID JILEK,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EPITOME PHARMACEUTICALS LTD,<br><br>　　　　Defendant. | CASE NO. 08 CV 0658-IEG (WMc)<br><br>**NOTICE OF PRIOR PROFESSIONAL RELATIONSHIP** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

　　　Please be advised that, before being appointed to the federal bench, the Honorable William McCurine, Magistrate Judge of the United States District Court for the Southern District of California, was a partner at Gray, Cary, Ames, Ames & Frye "Gray Cary") and at Solomon Ward Seidenwurm & Smith LLP ("Solomon Ward"). Stephen L. Schreiner, counsel for defendant Epitome Pharmaceuticals Ltd., was an associate at Gray Cary during the time Judge McCurine was with that firm, and is currently a partner at Solomon Ward.

DATED: July 3, 2008                    SOLOMON WARD SEIDENWURM & SMITH LLP

                                       By: _____
                                           STEPHEN L. SCHREINER
                                           Attorneys for Defendant
                                           EPITOME PHARMACEUTICALS LTD

*Reid Jilek v. Epitome Pharmaceuticals, LTD.*
*U.S. District Court Case No. 08cv658 IEG (WMc)*

### CERTIFICATE OF SERVICE VIA CM/ECF SYSTEM

I, herby certify that on July 3, 2008, I electronically filed the following document(s):

**NOTICE OF PRIOR PROFESSIONAL RELATIONSHIP**

with the Clerk of the United States District Court for the Southern District of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System:

Richard R. Waite, Esq.
Mary M. Best, Esq.
Keeney Waite & Stevens
125 North Acacia Avenue, Suite 101
Solana Beach, CA  92075
Tel:  (858) 523-2130
Fax:  (858) 523-2135
Counsel for Plaintiff Reid Jilek

Pursuant to the CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this Certificate of Service on July 3, 2008, at San Diego, California.

/s/ Steven L Schreiner
STEVEN L. SCHREINER