# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REID JILEK,<br><br>                            Plaintiff,<br>vs.<br>EPITOME PHARMACEUTICALS, LTD.,<br><br>                           Defendant. | CASE NO. 08cv658-IEG (WMc)<br><br>ORDER |

    On the Court's own motion a telephonic status conference will be held on August 28, 2008, at 4:45 p.m. **Counsel for Plaintiff is instructed to initiate the call by first telephoning opposing counsel and then telephoning the Court at 619-557-6624.**

    IT IS SO ORDERED.

DATED: August 19, 2008

                                              Hon. William McCurine, Jr.
                                              U.S. Magistrate Judge
                                              United States District Court