```
 1  Stephen L. Schreiner [SBN 169749]
    SOLOMON WARD SEIDENWURM & SMITH LLP
 2  401 B Street, Suite 1200
    San Diego, California 92101
 3  Telephone:   (619) 231-0303
    Facsimile:   (619) 231-4755
 4  E-mail:      sschreiner@swsslaw.com

 5  Attorneys for Defendant
    EPITOME PHARMACEUTICALS LIMITED
 6
    Richard R. Waite, Esq.
 7  Mary M. Best, Esq.
    KEENY WAITE & STEVENS
 8  125 North Acacia Avenue, Suite 101
    Solana Beach, CA  92075
 9  Telephone:  (858) 523-2130
    Facsimile:  (858) 523-2135
10  E-mail:     mbest@keenlaw.com

11  Attorneys for Plaintiff
    REID JILEK
12
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REID JILEK,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EPITOME PHARMACEUTICALS LTD,<br><br>　　　　　Defendant. | CASE NO. 08 CV 0658-IEG (WMc)<br><br>**JOINT MOTION TO CONTINUE STATUS CONFERENCE** |

　　　　Defendant Epitome Pharmaceuticals LTD as well as Plaintiff Reid Jilek, ("Parties") by and through their respective counsel, make this joint motion to continue the Status Conference in this case from August 28, 2008, at 4:45 p.m. (as currently scheduled) to September 9, 2008 at 4:30 p.m., a date and time which the Court's clerk has informed

//

| | |
|---|---|
| 1 | Defendant's counsel, is convenient for this Court to hear this matter. |
| 2 | DATED: August 21, 2008      KEENEY WAITE & STEVENS |
| 3 | |
| 4 | By:  /s/ Mary M. Best |
|   | MARY M. BEST |
| 5 | Attorneys for Plaintiff |
|   | REID JILEK |
| 6 | DATED: August 21, 2008      SOLOMON WARD SEIDENWURM & SMITH LLP |
| 7 | |
| 8 | By:  /s/Stephen L. Schreiner |
|   | STEPHEN L. SCHREINER |
| 9 | Attorneys for Defendant |
| 10 | EPITOME PHARMACEUTICALS LIMITED |

*Reid Jilek v. Epitome Pharmaceuticals, LTD.*
*U.S. District Court Case No. 08cv658 IEG (WMc)*

### CERTIFICATE OF SERVICE VIA CM/ECF SYSTEM

I, herby certify that on August 21, 2008, I electronically filed the following document(s):

**JOINT MOTION TO CONTINUE STATUS CONFERENCE**

with the Clerk of the United States District Court for the Southern District of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System:

Richard R. Waite, Esq.
Mary M. Best, Esq.
Keeney Waite & Stevens
125 North Acacia Avenue, Suite 101
Solana Beach, CA  92075
Tel:  (858) 523-2130
Fax:  (858) 523-2135
Counsel for Plaintiff Reid Jilek

Pursuant to the CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this Certificate of Service on August 21, 2008, at San Diego, California.

/s/ Steven L Schreiner
STEVEN L. SCHREINER