# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REID JILEK,<br><br>　　　　　　　　　　Plaintiff,<br>　vs.<br>EPITOME PHARMACEUTICALS, LTD.,<br><br>　　　　　　　　　　Defendant. | CASE NO. 08cv658-IEG (WMc)<br><br>ORDER |

On or about August 21, 2008, the parties jointly requested to continue the telephonic status conference currently scheduled for August 28, 2008, at 4:45 p.m. For good cause shown, the Court will reschedule the telephonic status to September 9, 2008, at 4:30 p.m. **Counsel for Plaintiff is instructed to initiate the call by first telephoning opposing counsel and then telephoning the Court at 619-557-6624.**

　　　IT IS SO ORDERED.

DATED: August 26, 2008

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. William McCurine, Jr.
　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge
　　　　　　　　　　　　　　　　　　United States District Court