1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15

| | |
|---|---|
| REID JILEK,<br><br>       Plaintiff,<br><br>v.<br><br>EPITOME PHARMACEUTICALS<br>LIMITED, a Nova Scotia limited<br>corporation,<br><br>       Defendant. | **Case No. 08 CV 0658 IEG (WMC)**<br><br>**ORDER FOR DISMISSAL OF<br>ENTIRE ACTION** |

16
17
18
19
20
21

        Pursuant to the Joint Motion for Dismissal of EPITOME PHARMACEUTICALS LIMITED, a Nova Scotia limited corporation, fully executed by attorneys of record for Plaintiff REID JILEK by Mary M. Best of Keeney Waite & Stevens and attorneys of record for Defendant EPITOME PHARMACEUTICALS LIMITED, a Nova Scotia limited corporation by Stephen L. Schreiner of Solomon Ward Seidenwurm & Smith, the Court hereby dismisses the entire action, with prejudice.

22

**IT IS SO ORDERED.**

23

**Dated: April 15, 2009**

24

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**

25
26
27
28